IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE JACOBS,

    Plaintiff,                              CV F 05 01625 AWI WMW   P

  vs.                                            ORDER

W. J. SULLIVAN, et al.,

    Defendants.

       Plaintiff is a state prisoner proceeding pro se.  On December 22, 2005, this court received from the Central District the transfer order, transferring this case to the Eastern District. Along with the transfer order, the court received a one page complaint and an application to proceed in forma pauperis.

       The one page of the complaint appears to be a caption page.  There are no factual allegations, and no indication of what plaintiff's claims are, nor any indication of the relief that plaintiff seeks.   Because the court can not discern any claims for relief, the complaint must be dismissed..  The court will provide plaintiff with an opportunity to file an amended complaint.

       Plaintiff is advised that the court cannot refer to a prior pleading in order to make plaintiff's amended complaint complete.  Local Rule 15-220 requires that an amended complaint be complete in itself without reference to any prior pleading.  This is because, as a general rule,

an amended complaint supersedes the original complaint.  See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967).  Once plaintiff files an amended complaint, the original pleading no longer serves any function in the case.  Therefore, in an amended complaint, as in an original complaint, each claim and the involvement of each defendant must be sufficiently alleged.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's complaint is dismissed; and

2. Plaintiff is granted thirty days from the date of service of this order to file a first amended complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the amended complaint must bear the docket number assigned this case and must be labeled "First Amended Complaint"; plaintiff must file an original and two copies of the amended complaint; failure to file an amended complaint in accordance with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   February 16, 2006**             **/s/  William M. Wunderlich**
mmkd34                                      UNITED STATES MAGISTRATE JUDGE