```
 1
 2
 3
 4
 5
 6
 7
 8                        IN THE UNITED STATES DISTRICT COURT
 9                      FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  GEORGE J. JACOBS,                        1:05-CV-1625 AWI WMW P
12         Plaintiff,                        ORDER TO SUBMIT NEW
                                             APPLICATION TO PROCEED
13      vs.                                  IN FORMA PAUPERIS AND
                                             CERTIFIED COPY OF TRUST
14  WARDEN W. J. SULLIVAN,                   ACCOUNT STATEMENT OR
    et al.,                                  PAY FILING FEE
15
           Defendants.
16  _____/
```

17      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18 U.S.C. § 1983.  The complaint was originally lodged on October 26, 2005, in the United States

19 District Court for the Central District of California.  It was ordered transferred to the Fresno

20 Division on December 14, 2005, and received in this Court on December 22, 2005.

21      Plaintiff has submitted an application to proceed in forma pauperis pursuant to 28 U.S.C.

22 § 1915 and a copy of his prison trust account statement.  However, plaintiff's application to

23 proceed in forma pauperis did not include the required original signature by an authorized officer

24 of the institution of incarceration.  Additionally, the copy of plaintiff's prison trust account

25 statement was not certified.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the

26

1 opportunity to submit a new application to proceed in forma pauperis and a certified copy of his
2 trust account statement **or** pay the $250.00 filing fee.
3    Accordingly, IT IS HEREBY ORDERED that:
4    1. The Clerk's Office shall send to plaintiff the form for application to proceed in
5 forma pauperis.
6    2. Within thirty days of the date of service of this order, plaintiff shall submit a
7 completed application to proceed in forma pauperis and a certified copy of his prison trust
8 account statement for the six month period immediately preceding the filing of the complaint, or
9 in the alternative, pay the $250.00 filing fee for this action.  Failure to comply with this order will
10 result in a recommendation that this action be dismissed.

12 IT IS SO ORDERED.

13 Dated:   **March 6, 2006**                                       /s/  **William M. Wunderlich**
j14hj0                                                                      UNITED STATES MAGISTRATE JUDGE

2