IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE J. JACOBS,<br><br>             Plaintiff,<br><br>      vs.<br><br>WARDEN W. J. SULLIVAN, et al.,<br><br>             Defendants. | 1:05-CV-01625-AWI-WMW-P<br><br>SECOND ORDER TO SUBMIT CERTIFIED COPY OF PRISON TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE |

   Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On May 24, 2006, the court ordered plaintiff to submit a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, pursuant to 28 U.S.C. § 1915(a)(2).  On June 13, 2006, plaintiff submitted a certified copy of his prison trust account statement.  However, the copy of the statement was illegible and the court could not determine which time period was included in the statement. Plaintiff will be provided another opportunity to submit a certified copy of his trust account statement in support of his request to proceed in forma pauperis, **or** pay the $250.00 filing fee.

   Plaintiff has filed notice to the court of his difficulties in obtaining a copy of his trust account statement from prison officials, due to his incarceration.  Plaintiff is informed that it

is his responsibility to comply with procedures established at the prison to insure that the court receives the required documentation. Plaintiff is directed to show this order to an official at the prison, and plaintiff should follow the correct procedures to obtain a certified copy of his prison trust account statement to comply with the court's order. In the alternative, plaintiff is required to pay the $250.00 filing fee for this action.

In accordance with the above, IT IS HEREBY ORDERED that within thirty days of the date of service of this order, plaintiff shall submit a **legible** certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, or in the alternative, pay the $250.00 filing fee for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:**   **July 6, 2006**           /s/  **William M. Wunderlich**
j14hj0                         UNITED STATES MAGISTRATE JUDGE