IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE JACOBS,

        Plaintiff,        CV F 05 1625 AWI WMW PC

   vs.                  ORDER RE MOTION (DOC 17)

W. J. SULLIVAN, et al.,

        Defendants.

     Plaintiff has filed a motion for an order directing Defendants to preserve certain items of evidence. Until such time as a discovery order is entered, no discovery motions will be entertained. Until such time as a motion for summary judgment is filed, the Court any motion regarding evidentiary issues are premature. Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for the preservation of evidence is denied.

IT IS SO ORDERED.

**Dated:   March 26, 2008**                   /s/  William M. Wunderlich
                                              UNITED STATES MAGISTRATE JUDGE