IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE JACOBS,

       Plaintiff,         1: 05 CV 1625 AWI WMW PC

  vs.                ORDER RE MOTION (DOC 18)

W. J. SULLIVAN, et al.,

       Defendants.

    Plaintiff has filed a motion requesting to proceed with this action. An order will issue, granting Plaintiff leave to amend the complaint. Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion is denied.

IT IS SO ORDERED.

**Dated:**   **September 29, 2008**        /s/ **William M. Wunderlich**
                                                  UNITED STATES MAGISTRATE JUDGE