# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS, IV,<br><br>        Plaintiff,<br><br>   v.<br><br>W.J. SULLIVAN, et al.,<br><br>        Defendants. | CASE NO. 1:05-cv-01625-AWI-YNP PC<br><br>ORDER ASSIGNING ACTION TO MAGISTRATE JUDGE GARY S. AUSTIN PURSUANT TO APPENDIX A(k)(4) OF THE LOCAL RULES<br><br>(Doc. 3) |

This is a civil rights action filed by George E. Jacobs, IV ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis. Plaintiff consented to Magistrate Judge jurisdiction on January 17, 2006. (Doc. 3.) No other party has made an appearance in this action. Therefore, pursuant to Appendix A(k)(4) of the Local Rules of the Eastern District of California, this action shall be assigned to United States Magistrate Judge Gary S. Austin to conduct any and all proceedings in the case until such time as reassignment to a District Judge is required. Local Rule Appendix A(k)(3).

Accordingly, it is HEREBY ORDERED that:

1. This action is assigned to United States Magistrate Judge Gary S. Austin for all purposes within the meaning of 28 U.S.C. § 636(c);

2. The Clerk of the Court is directed to assign this action in its entirety to Magistrate Judge Gary S. Austin; and

///

///

1

3.     The new case number shall be 1:05-cv-01625-YNP PC.

IT IS SO ORDERED.

**Dated:   March 23, 2010**             **/s/ Anthony W. Ishii**
                                          CHIEF UNITED STATES DISTRICT JUDGE

2