# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

GEORGE E. JACOBS, IV,

               Plaintiff,

   v.

W. J. SULLIVAN, et al.,

               Defendants.

_____/

CASE NO. 1:05-cv-01625-LJO-SMS PC

ORDER EXTENDING APPLICATION OF
DISCOVERY AND SCHEDULING ORDER
TO DEFENDANT ALEXANDER

(ECF No. 44)

Amended Unenumerated Rule 12(b)
Motion Deadline: 9/1/2011

     Defendant Alexander filed an answer to Plaintiff's third amended complaint on July 11, 2011.  Accordingly, application of the discovery and scheduling order filed on March 15, 2011, is HEREBY EXTENDED to Defendant Alexander, and the unenumerated Rule 12(b) motion deadline set in that order is EXTENDED to **September 1, 2011**, as to Defendant Alexander.

     IT IS SO ORDERED.

**Dated:   July 12, 2011**                  **/s/ Sandra M. Snyder**
                                UNITED STATES MAGISTRATE JUDGE