# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS IV, | 1:05-cv-01625-LJO-GSA-PC |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO DEPOSE PLAINTIFF BY VIDEO CONFERENCE OR TELEPHONE |
| v. | |
| W. J. SULLIVAN, et al., | (Doc. 70.) |
| Defendants. | |

George E. Jacobs IV ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. This action now proceeds on the Third Amended Complaint filed by Plaintiff on May 5, 2010. (Doc. 29.) The Court issued a scheduling order on March 15, 2011, and this action is currently in the discovery phase. (Doc. 44.) On September 15, 2011, Defendants filed a motion seeking leave to depose Plaintiff by video conference or telephone, if necessary. Fed. R. Civ. P. 30(b)(4). The deposition is scheduled for October 18, 2011 at 9:00 a.m.

Good cause having been shown, Defendants motion is HEREBY GRANTED.

IT IS SO ORDERED.

Dated: **September 15, 2011**       **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE