IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS IV,<br><br>    Plaintiff,<br><br>    vs.<br><br>W. J. SULLIVAN, et al.,<br><br>    Defendants.<br>_____/ | 1:05-cv-01625-LJO-GSA (PC)<br><br>ORDER FOR DEFENSE COUNSEL TO FILE STATUS REPORT CONCERNING DEFENDANT CROTTY WITHIN THIRTY DAYS |

Plaintiff George E. Jacobs IV ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This action now proceeds on the Third Amended Complaint filed by Plaintiff on May 5, 2010, against defendants Crotty, Nelson, Watson, Chan, McGregor, Alexander, Carrasco, Blankenship, Jobb, Granillo, Johnson, and Salazar aka Adams, for violation of Plaintiff's rights under the Eighth Amendment. (Doc. 29.)

On June 23, 2011, the Court stayed this action as to defendant Crotty pursuant to 11 U.S.C. § 362(a), pending resolution of defendant Crotty's bankruptcy proceedings. (Doc. 58.) At this juncture, defense counsel shall be required to file a status report informing the Court of the status of defendant Crotty's bankruptcy proceedings.

Accordingly, IT IS HEREBY ORDERED that within thirty days from the date of service of this order, defense counsel shall file a status report informing the Court of the status of Defendant Crotty's bankruptcy proceedings.

IT IS SO ORDERED.

Dated: **July 2, 2012**          /s/ **Gary S. Austin**
                      UNITED STATES MAGISTRATE JUDGE