UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS IV,<br><br>                Plaintiff,<br><br>         vs.<br><br>W. J. SULLIVAN, et al.,<br><br>                Defendants. | 1:05-cv-01625-LJO-GSA-PC<br><br>ORDER GRANTING PLAINTIFF'S REQUESTS TO DELAY TRIAL PENDING RESOLUTION OF DEFENDANT CROTTY'S BANKRUPTCY PROCEEDINGS, AND TO BE PROVIDED WITH STATUS REPORTS<br>(Doc. 114.)<br><br>ORDER STAYING TRIAL<br><br>ORDER FOR DEFENSE COUNSEL TO FILE QUARTERLY STATUS REPORTS BEGINNING ON OR ABOUT JUNE 1, 2013 |

        Plaintiff George E. Jacobs IV ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This action now proceeds on the Third Amended Complaint filed by Plaintiff on May 5, 2010, against defendants Crotty, Nelson, Watson, Chan, McGregor, Alexander, Carrasco, Blankenship, Jobb, Granillo, Johnson, and Salazar aka Adams, for violation of Plaintiff's rights under the Eighth Amendment.  (Doc. 29.)

        Defendant Crotty has filed bankruptcy, and on June 23, 2011, the Court stayed this action as to defendant Crotty pursuant to 11 U.S.C. § 362(a), pending resolution of the bankruptcy proceedings.  (Doc. 58.)  On July 26, 2012, defense counsel notified the Court that

the bankruptcy proceedings are likely to continue for another year and a half. (Doc. 108.) Therefore, on November 16, 2012, the Court entered an order for Plaintiff to file a response in writing, advising the Court whether he wishes to (1) delay the trial in this action for a year or more, until defendant Crotty's bankruptcy is resolved and the automatic stay is lifted, or (2) dismiss defendant Crotty from this action and proceed to trial now. (Doc. 113.)

On December 6, 2012, Plaintiff filed a response to the Court's order, requesting to delay the trial pending resolution of the bankruptcy proceedings. (Doc. 114.) Plaintiff also requested to be provided with periodic status reports of defendant Crotty's bankruptcy proceedings. Good cause appearing, Plaintiff's requests shall be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's requests to delay the trial in this action, and to be provided with status reports, are GRANTED;

2. Trial in this action is STAYED, pending resolution of defendant Crotty's bankruptcy proceedings and lifting of the automatic stay; and

3. Defense counsel is required to file a status report every three months, beginning on or about June 1, 2013, informing the Court and Plaintiff of the status of defendant Crotty's bankruptcy proceedings.

IT IS SO ORDERED.

Dated:   **April 24, 2013**                              **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE