UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS IV,<br><br>    Plaintiff,<br><br>    vs.<br><br>W. J. SULLIVAN, et al.,<br><br>    Defendants. | 1:05-cv-01625-LJO-GSA-PC<br><br>ORDER FOR DEFENSE COUNSEL TO CONTINUE FILING QUARTERLY STATUS REPORTS PURSUANT TO COURT'S ORDER OF APRIL 24, 2013 (Doc. 118.) |

    Plaintiff George E. Jacobs IV ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This action now proceeds on the Third Amended Complaint filed by Plaintiff on May 5, 2010, against defendants Crotty, Nelson, Watson, Chan, McGregor, Alexander, Carrasco, Blankenship, Jobb, Granillo, Johnson, and Salazar aka Adams, for violation of Plaintiff's rights under the Eighth Amendment.  (Doc. 29.)

    On April 24, 2013, the court issued an order staying the trial in this action pending resolution of defendant Crotty's bankruptcy proceedings, and requiring defense counsel to file quarterly status reports informing the court and Plaintiff of the status of defendant Crotty's bankruptcy proceedings.  (Doc. 118.)  Defense counsel filed status reports on June 4, 2013, September 13, 2013, December 16, 2013, and March 17, 2014.  (Docs. 119, 122, 123, 124.)

However, to date the court has not received the next quarterly status report.  Defense counsel is reminded of the requirement to continue filing status reports pursuant to the court's order.

IT IS SO ORDERED.

    Dated:   **June 26, 2014**              **/s/ Gary S. Austin**
                                                     UNITED STATES MAGISTRATE JUDGE