# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS IV,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>W. J. SULLIVAN, et al.,<br><br>　　　　　Defendants. | 1:05-cv-01625-LJO-GSA-PC<br><br>ORDER FOR PLAINTIFF TO SHOW CAUSE WHY THIS CASE SHOULD NOT PROCEED TO TRIAL, EITHER CONTINUING TO STAY THE CASE AGAINST DEFENDANT CROTTY UNDER 11 U.S.C. § 362(a), OR DISMISSING DEFENDANT CROTTY FROM THIS ACTION<br><br>THIRTY DAY DEADLINE FOR PLAINTIFF TO RESPOND TO THIS ORDER |

**I.    BACKGROUND**

Plaintiff George E. Jacobs IV ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff submitted the Complaint commencing this action on October 26, 2005.  (See Doc. 1.)  This action now proceeds on the Third Amended Complaint filed by Plaintiff on May 5, 2010, against defendants Crotty, Nelson, Watson, Chan, McGregor, Alexander, Carrasco, Blankenship, Jobb, Granillo, Johnson, and Salazar aka Adams, for violation of Plaintiff's rights under the Eighth Amendment.  (Doc. 29.)

Defendant Crotty has filed bankruptcy, and on June 23, 2011, the Court stayed the case against defendant Crotty pursuant to 11 U.S.C. § 362(a), pending resolution of the bankruptcy proceedings.  (Doc. 58.)  On April 24, 2013, the court delayed scheduling the trial in this action pending resolution of defendant Crotty's bankruptcy proceedings.  (Doc. 118.)

On June 30, 2014, Defendants filed a status report, notifying the court that defendant Crotty's bankruptcy is expected to last another two years. (Doc. 126.) Defendants argue that if the case is stayed for another two years, this case will not be tried until more than ten years after the events giving rise to this lawsuit, resulting in fading memories, Defendants retiring and moving out of state, and loss of evidence. Defendants also argue that it does not appear efficient to wait until defendant Crotty's bankruptcy proceeding ends, because Plaintiff did not file a claim with the bankruptcy court, any claims for money damages Plaintiff had against defendant Crotty are or will be discharged, and Plaintiff will not be able to pursue his suit against defendant Crotty.

In light of Defendants' arguments and assertions, Plaintiff shall be required to show cause why this case should not proceed to trial, either continuing to stay the case against defendant Crotty under 11 U.S.C. § 362(a), or dismissing defendant Crotty from this action.

## II.     ORDER TO SHOW CAUSE

Based on the foregoing, **IT IS HEREBY ORDERED** that:

1. Within thirty days from the date of service of this order, Plaintiff is required to file a written response to this order, showing cause why this case should not proceed to trial, and either continuing to stay the case against defendant Crotty only under 11 U.S.C. § 362(a), or dismissing defendant Crotty altogether from this action;

2. Any reply by Defendants to Plaintiff's response shall be filed and served within ten days of the date of service of Plaintiff's response; and

3. Plaintiff's failure to comply with this order shall result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **July 4, 2014**               **/s/ Gary S. Austin**
                                UNITED STATES MAGISTRATE JUDGE