UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS IV,<br><br>        Plaintiff,<br><br>    v.<br><br>ALEXANDER, et al.,<br><br>        Defendants. | Case No.: 1:05-cv-01625-SAB (PC)<br><br>ORDER SETTING TELEPHONIC CONFERENCE CALL |

    Plaintiff George Jacobs is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    This action is proceeding against Defendants Crotty, Nelson, Watson, Chan, McGregor, Alexander, Carrasco, Blankenship, Jobb, Granillo, Johnson, and Salazar (aka Adams), for violation of Plaintiff's right under the Eighth Amendment.

    This action is now ready to be set for trial.  On February 6, 2015, pursuant to the parties' consent, the case was reassigned from Magistrate Judge Gary S. Austin to the undersigned for all further proceedings, including trial and entry of final judgment.  (ECF No. 145.)  In the interest of accommodating the parties' schedules, the Court will hold a telephonic hearing for scheduling purposes.

///

///

Accordingly,

IT IS HEREBY ORDERED that:

1. A telephonic scheduling hearing will be held on **March 16, 2015, at 10:00 a.m.**, in Courtroom 9 before the undersigned;

2. Counsel for Defendants is directed to arrange for telephone contact with Plaintiff; and

3. Counsel for Defendants is directed to contact Courtroom Deputy, Mamie Hernandez, at (559) 499-5672, prior to the hearing date, to receive instructions regarding the conference call.

IT IS SO ORDERED.

Dated: **February 6, 2015**

UNITED STATES MAGISTRATE JUDGE

2