UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS IV,<br><br>        Plaintiff,<br><br>v.<br><br>ALEXANDER, et al.,<br><br>        Defendants. | Case No.: 1:05-cv-01625-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF UNTIL **AUGUST 14, 2015**, TO FILE A MOTION FOR A CONTINUANCE OF THE TRIAL DATE, AND SETTING MOTION FOR TELEPHONIC HEARING ON **AUGUST 20, 2015, AT 1:30 P.M.**, IN COURTROOM 9 BEFORE THE UNDERSIGNED |

Plaintiff George Jacobs is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On August 7, 2015, the Court conducted a telephonic pretrial conference hearing. Plaintiff, George E. Jacobs, appeared pro se, and Diana Esquivel appeared on behalf of Defendants.

At the hearing, the Court granted Plaintiff's oral request to file a motion for a continuance of the trial date, currently set for September 22, 2015, based on his current medical condition. As stated at the hearing, Plaintiff's motion for a continuance of the trial date is due on or before **August 14, 2015**, and a telephonic hearing is set for **the August 20, 2015, at 1:30 p.m.** in Courtroom 9 before the undersigned.

IT IS SO ORDERED.

Dated:   **August 7, 2015**                                       
                                                        UNITED STATES MAGISTRATE JUDGE