UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS, IV<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALEXANDER, et al.,<br><br>　　　　Defendants. | Case No.: 1:05-cv-01625-SAB (PC)<br><br>ORDER VACATING SEPTEMBER 22, 2015, TRIAL DATE AND RE-SETTING TRIAL DATE<br><br><u>Telephonic Trial Confirmation Hearing</u>:<br>**October 28, 2015, at 2:00 p.m.**<br><br><u>Telephonic Motions in Limine Hearing</u>:<br>**December 4, 2015, at 11:00 a.m.**<br><br><u>Jury Trial</u>: **December 14, 2015, at 8:30 a.m.** in Courtroom 9 (SAB): 4-5 Days |

　　　　Plaintiff George E. Jacobs is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to 28 U.S.C. § 636(c), the parties have consented to the jurisdiction of the United States Magistrate Judge. Local Rule 302.

　　　　On August 20, 2015, the Court conducted a telephonic hearing to address Plaintiff's request for a continuance of the trial date, previously set for trial on September 22, 2015. Deputy Attorney General, Diana Esquivel appeared on behalf of Defendants and Plaintiff appeared pro per.

　　　　Upon the basis of good cause, the Court granted Plaintiff's oral request for a continuance of the trial date, and rescheduled the trial to December 14, 2015, at 8:30 a.m. before the undersigned.

　　　　Pursuant to the Court's March 17, 2015, trial scheduling order, Plaintiff shall file his pretrial statement no later than **October 5, 2015**, and any supplement to Defendants' previously filed pretrial statement shall be filed no later than **October 12, 2015**. Also, pursuant to the Court's March 17, 2015,

1

trial scheduling order, the deadline for Plaintiff to file motions in limine and for Defendants to supplement their previously filed motions in limine is **November 2, 2015**. The deadline for filing of opposition to any motions in limine is **November 16, 2015**. The parties shall exchange their final exhibit list and pre-marked exhibits no later than **November 20, 2015**, to be addressed at the December 4, 2015, motion in limine hearing. In addition, defense counsel shall submit three (3) complete, legible and identical set of exhibits in binders on or before **December 9, 2015**.

The telephonic trial confirmation hearing will take place on **October 28, 2015, 2015, at 2:00 p.m.** The telephonic motions in limine hearing will take place on **December 4, 2015, at 11:00 a.m.** in Courtroom 9 before the undersigned.

Based on the foregoing, it is HEREBY ORDERED that:

1. The September 22, 2015, trial date is VACATED;
2. The matter is re-set for jury trial on **December 14, 2015, at 8:30 a.m.** in Courtroom 9 before the undersigned;
3. The telephonic trial confirmation hearing is **October 28, 2015, at 2:00 p.m.** in Courtroom 9 (SAB);
4. The telephonic motions in limine hearing is **December 4, 2015, at 11:00 a.m.** in Courtroom 9 (SAB);
5. All other provisions and deadlines set forth in the Court's March 17, 2015, trial scheduling order that are not extended by this order remain in full force and effect, including those deadlines that have expired; and
6. Any objections to this order shall be filed within fourteen (14) days from the date of service of this order.

IT IS SO ORDERED.

Dated: __**August 21, 2015**__

UNITED STATES MAGISTRATE JUDGE

2