1

2

3

4

5                    **UNITED STATES DISTRICT COURT**

6                    **EASTERN DISTRICT OF CALIFORNIA**

7

8    GEORGE E. JACOBS IV,                    )   Case No.: 1:05-cv-01625-SAB (PC)
                                             )
9              Plaintiff,                     )
                                             )   **ORDER TO SHOW CAUSE WHY ACTION**
10         v.                                 )   **SHOULD NOT BE DISMISSED FOR FAILURE**
                                             )   **TO COMPLY WITH A COURT ORDER**
11   ALEXANDER, et al.,                       )
                                             )   [ECF No. 159]
12             Defendants.                    )
                                             )
13   _____  )

14         Plaintiff George Jacobs is appearing pro se and in forma pauperis in this civil rights action

15   pursuant to 42 U.S.C. § 1983.

16         This case is currently set for jury trial on December 14, 2015.  Pursuant to the Court's August

17   21, 2015, Plaintiff was required to file his pretrial statement on or before October 5, 2015.  (ECF No.

18   159.)  To date, the Court has not received Plaintiff's pretrial statement.  Accordingly, within **twenty**

19   **(20)** days from the date of service of this order, Plaintiff shall show cause why this action should not

20   be dismissed for failure to comply with a court order.  Local Rule 110.

21

22   IT IS SO ORDERED.

23   Dated:   **October 9, 2015**                _____

24                                              UNITED STATES MAGISTRATE JUDGE

25

26

27

28

                                                1