UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS IV,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>ALEXANDER, et al.,<br><br>　　　　　Defendants. | Case No.: 1:05-cv-01625-SAB (PC)<br><br>ORDER DIRECTING DEFENSE COUNSEL TO FILE A RESPONSE TO PLAINTIFF'S NOTICE FILED NOVEMBER 25, 2015<br><br>[ECF No. 178] |

　　　　Plaintiff George Jacobs is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　This case is currently set for jury trial on December 14, 2015, and a telephonic motion for limine hearing on Friday, December 4, 2015, before the undersigned.

　　　　On November 25, 2015, Plaintiff filed a notice with the Court indicating that on November 13, 2015, he suffered severe injuries during a prison riot.  (ECF No. 178.)  Plaintiff requests the appointment of counsel because the extent of his injuries will prevent him from litigating this action.

///

///

///

///

///

1

In order for the Court to appropriately address Plaintiff's contentions and determine how this action shall proceed, the Court requests defense counsel to file a response addressing the propriety of Plaintiff's contentions by **noon, Thursday, December 3, 2015**.

IT IS SO ORDERED.

Dated:   **November 30, 2015**

UNITED STATES MAGISTRATE JUDGE