UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS IV,<br><br>    Plaintiff,<br><br>    v.<br><br>ALEXANDER, et al.,<br><br>    Defendants. | Case No.: 1:05-cv-01625-SAB (PC)<br><br>ORDER VACATING TRIAL DATE OF DECEMBER 14, 2015, AND SETTING MATTER FOR TELEPHONIC STATUS CONFERENCE ON **FEBRUARY 16, 2016 AT 10:00 A.M.** |

Plaintiff George Jacobs is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Pursuant to 28 U.S.C. § 636(c), the parties have consented to the jurisdiction of the United States magistrate judge.  Local Rule 302.

This case is currently set for jury trial on December 14, 2015.

On November 25, 2015, Plaintiff filed a notice to the Court indicating that on November 13, 2015, he suffered severe injuries during a prison riot.  (ECF No. 178.)  Pursuant to court order, Defendants filed a response to Plaintiff's notice on December 2, 2015.  (ECF No. 180.)

On December 4, 2015, the Court held a telephonic motion in limine hearing and discussed Plaintiff's present medical condition.  Deputy Attorney General, Diana Esquivel appeared on behalf of Defendants and Plaintiff appeared pro per.

In light of Plaintiff's present medical condition necessitating surgery and hospitalization, the Court vacated the December 14, 2015, trial date and set the matter for telephonic status conference on February 16, 2016, to discuss rescheduling the matter for trial.  On or before February 9, 2016, the parties shall file a status report.

All deadlines occurring after Plaintiff's injury on November 13, 2015, including trial witness list, exchange and filing of exhibits, filing discovery requests intended to use at trial, designation of deposition testimony, trial briefs, proposed jury instructions, proposed voir dire, proposed verdict forms, and statement of the case, will be rescheduled after a new trial date is set to allow filing of such documents by Plaintiff.

Accordingly, it is HEREBY ORDERED that:

1. The December 14, 2015, trial date is VACATED;
2. The matter is set for telephonic status conference on February 16, 2016, at 10:00 a.m.; and
3. The parties shall file a status report on or before February 9, 2016.

IT IS SO ORDERED.

Dated:   **December 4, 2015**

_____
UNITED STATES MAGISTRATE JUDGE