UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| GEORGE E. JACOBS IV, | Case No.: 1:05-cv-01625-SAB (PC) |
|---|---|
| Plaintiff, | |
| v. | ORDER APPOINTING COUNSEL |
| ALEXANDER, et al., | |
| Defendants. | |

Plaintiff George Jacobs is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  At the December 4, 2015, telephonic hearing Plaintiff requested the appointment of counsel to assist with the jury trial in this matter.  The Court finds that the appointment of counsel is warranted.  Kenneth K. Lee has been selected from the court's pro bono attorney panel to represent Plaintiff and has agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Kenneth K. Lee is appointed as counsel in the above entitled matter.
2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.
3. The Clerk of the Court is directed to serve a copy of this order upon Kenneth K. Lee, Jenner & Block LLP, 633 W. 5th St., Suite 3600, Los Angeles, CA 90071.

///

4. Counsel is advised that a telephonic status conference is currently set for February 16, 2016, at 10:00 a.m. before the undersigned (ECF No. 181).

IT IS SO ORDERED.

Dated:   **December 11, 2015**

UNITED STATES MAGISTRATE JUDGE