# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS IV,<br><br>        Plaintiff,<br><br>   v.<br><br>ALEXANDER, et al.,<br><br>        Defendants. | Case No.: 1:05-cv-01625-SAB (PC)<br><br>ORDER GRANTING PARTIES' STIPULATION TO CONTINUE STATUS CONFERENCE<br><br>[ECF No. 185] |

Plaintiff George Jacobs is appearing in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff is represented by Kenneth K. Lee and Defendants are represented by Diana Esquivel.  This case is currently set for a status conference on February 16, 2016, at 10:00 a.m. before the undersigned.

On February 10, 2016, the parties filed a stipulation to continue the status conference to March 1, 2016, at 10:00 a.m.

Good cause having been presented to the Court, it is HEREBY ORDERED that the status conference currently set for February 16, 2016, at 10:00 a.m. is continued and rescheduled for March 1, 2016, at 10:00 a.m. before the undersigned.

IT IS SO ORDERED.

Dated:   **February 11, 2016**

UNITED STATES MAGISTRATE JUDGE

1