UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS IV,<br><br>  Plaintiff,<br><br>  v.<br><br>ALEXANDER, et al.,<br><br>  Defendants. | Case No.: 1:05-cv-01625-SAB (PC)<br><br>ADDENDUM TO TRIAL SCHEDULING ORDER<br><br>[ECF No. 189] |

Plaintiff George Jacobs is appearing in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff is represented by Christina Avedissian, Esq.

On March 2, 2016, the Court issued the trial scheduling order setting for the trial date and other correlating dates and deadlines.  (ECF No. 189.)  The Court issues this addendum to advise that <u>if either party desires to include expert witnesses at trial, they must comply with the disclosure and timelines requirements set forth in Federal Rule of Civil Procedure 26(2)(2) and (a)(2)(D)</u>.

IT IS SO ORDERED.

Dated:   **March 3, 2016**

UNITED STATES MAGISTRATE JUDGE

1