# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GEORGE E. JACOBS IV, | ) | Case No.: 1:05-cv-01625-SAB (PC) |
| Plaintiff, | ) ) | AMENDMENT TO TRIAL SCHEDULING |
| v. | ) ) | ORDER ISSUED MARCH 2, 2016 |
| ALEXANDER, et al., | ) ) | [ECF No. 189] |
| Defendants. | ) ) | |
| | ) | |

Plaintiff George Jacobs is appearing in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff is represented by Christina Avedissian, Esq.

On March 2, 2016, the Court issued the trial scheduling order and the case is currently set for jury trial on September 26, 2016, before the undersigned.  (ECF No. 189.)

On March 15, 2016, Defendants filed objections to the trial scheduling order and request that the Court relieve them of the obligation to prepare and submit exhibit binders of Plaintiff's behalf in light of the fact that he is now represented by counsel.  Defendants' objection has merit, and the trial scheduling order is HEREBY AMENDED to reflect that Defendants need only submit binders for any joint exhibits to which the parties agree.  The trial scheduling order is further amended to reflect that

///
///
///
///
///
///

each party is required to submit their own exhibit binders on or before the September 19, 2016,
deadline.  (ECF No. 189, Order at 11.)  All other provisions of the trial scheduling order remain in full
force and effect.

IT IS SO ORDERED.

Dated:   **March 16, 2016**

UNITED STATES MAGISTRATE JUDGE