Print Form

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE E. JACOBS, IV

           Plaintiff(s)

      vs.

W.J. SULLIVAN, et al.,

           Defendants.

                       /

No. | 1:05-cv-01625-SAB

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

### REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, | Kenneth K. Lee                , attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on | December 11, 2015      , by the Honorable | Stanley A. Boone      , United States ~~District Judge~~/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

> Plaintiff seeks to engage a medical expert to provide an expert report and testify at trial in support of his request for damages. The proposed expert, Dr. Luigi Di Stefano, estimates that preparing the report will take no more than 18 hours and has agreed to a discounted hourly rate of $400.00 per hour. Dr. Di Stefano has also agreed to a discounted trial fee of $4,000.

**Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.**

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ | 11, 200      .

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 1:05-cv-01625-SAB

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
|  | N/A |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 20 day of June, 20 16, at Los Angeles, California.

/s/ Kenneth K. Lee

Attorney for Plaintiff(s)

The above expenditure is _____ Approved __X__ Denied *without prejudice*

Or, *Plaintiff must elaborate on need for medical expert here*
*upon claimed injuries of pepper spray & assault.*

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant

to rule _____, on _____, at _____, ___.M. in Courtroom
Number_____.

Dated: 6/22/2016

United States District Judge/Magistrate Judge