UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS IV,<br><br>              Plaintiff,<br><br>      v.<br><br>ALEXANDER, et al.,<br><br>              Defendants. | Case No.: 1:05-cv-01625-SAB (PC)<br><br>ORDER APPROVING JOINT STIPULATION TO CONTINUE TRIAL DATE FROM SEPTEMBER 26, 2016, TO SEPTEMBER 27, 2016<br><br>[ECF No. 199] |

  Plaintiff George Jacobs is appearing and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff is represented by Kenneth K. Lee, Esq.

  On July 28, 2016, the parties filed a joint stipulation to continue the trial date from September 26, 2016, to September 27, 2016.

  Good cause having been presented to the Court, the parties' stipulation is HEREBY APPROVED, and the trial date is continued from September 26, 2016, to September 27, 2016.

IT IS SO ORDERED.

Dated:   **August 1, 2016**

                UNITED STATES MAGISTRATE JUDGE

1