UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS IV,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALEXANDER, et al.,<br><br>　　　　　Defendants. | Case No.: 1:05-cv-01625-SAB (PC)<br><br>ORDER DENYING APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM<br><br>[ECF No. 205] |

　　　　Plaintiff George Jacobs is appearing and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff is represented by Kenneth Lee, Esq.

　　　　On August 4, 2016, Plaintiff filed an application for writ of habeas corpus ad testificandum. Plaintiff requests he be transferred to a facility geographically close to the Fresno courthouse by Monday, September 26, 2016, in preparation for trial which begins on September 27, 2016. For the reasons stated on the record at the telephonic pretrial hearing on August 5, 2016, Plaintiff's application must be denied.

　　　　Plaintiff is currently incarcerated at California Substance Abuse Treatment Facility and State Prison (SATF), located in Corcoran, California.  Plaintiff will be transferred directly to this Court from SATF on the morning of Tuesday, September 27, 2016.  Plaintiff's counsel may make necessary arrangements to confer with Plaintiff prior to trial.  Plaintiff is advised that the Court will issue a writ

of habeas corpus ad testificandum in due course to ensure Plaintiff's transportation for trial beginning on September 27, 2016.

IT IS SO ORDERED.

Dated: **August 8, 2016**

UNITED STATES MAGISTRATE JUDGE