IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GEORGE E. JACOBS, IV,** | Case No. 1:05-cv-01625-SAB-PC |
| Plaintiff, | **ORDER APPROVING STIPULATION TO MODIFY PRETRIAL ORDER TO SUBSTITUTE DR. REETIKA K. KUMAR AS A REBUTTAL EXPERT WITNESS** |
| v. | |
| **W.J. SULLIVAN, et al.,** | **[ECF No. 225]** |
| Defendants. | |

On September 14, 2016, the parties filed a stipulated request for modification of the pretrial order to substitute Dr. Reetika K. Kumar as rebuttal expert witness for Defendants.

Good cause appearing therefore, to prevent manifest injustice, the Court GRANTS the stipulated request to modify the pretrial order.  Dr. Reetika K. Kumar will now be listed as Defendants' rebuttal expert witness.

IT IS SO ORDERED.

Dated:  **September 14, 2016**

_____
UNITED STATES MAGISTRATE JUDGE