# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS, IV, | Case No.  1:05-cv-01625-SAB (PC) |
| Plaintiff, | ORDER THAT INMATE GEORGE E. JACOBS, IV. IS NO LONGER NEEDED AS A PLAINTIFF/WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IF DISCHARGED |
| v. | |
| ALEXANDER, et.al., | |
| Defendants. | |

A jury trial in this matter commenced on September 27, 2016, inmate George E. Jacobs, IV. CDCR. Inmate No. C-48666, is no longer needed by the Court as a plaintiff/witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **October 3, 2016**

_____
UNITED STATES MAGISTRATE JUDGE

1