# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS IV,<br><br>   Plaintiff,<br><br>   v.<br><br>ALEXANDER, et al.,<br><br>   Defendants. | Case No.: 1:05-cv-01625-SAB (PC)<br><br>ORDER SETTING DEADLINES FOR FILING OF POST-TRIAL MOTIONS |

The jury trial in this matter concluded on October 3, 2016.  Due to judicial efficiency, the Court hereby sets a briefing schedule for any and all post-trial motions.

The filing of all post-trial trial motions shall be filed on or before **November 18, 2016**, any response to such motions is due on or before **December 9, 2016**, and any reply is due on or before **December 16, 2016**.  The Court will hold a hearing on the motions on **December 21, 2016**, at 10:00 a.m. in Courtroom 9 before the undersigned.  The parties are advised if the deadlines cannot be met, they shall contact Courtroom Deputy, Mamie Hernandez, at 559-499-5672, to set an informal hearing for scheduling purposes.

IT IS SO ORDERED.

Dated:   **October 4, 2016**

UNITED STATES MAGISTRATE JUDGE

1