UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS IV,<br><br>        Plaintiff,<br><br>    v.<br><br>ALEXANDER, et al.,<br><br>        Defendants. | Case No.: 1:05-cv-01625-SAB (PC)<br><br>ORDER APPROVING STIPULATION TO VACATE AND CONTINUE POST-TRIAL MOTION SCHEDULE<br><br>[ECF No. 261] |

       A jury trial in this matter concluded on October 3, 2016, and the Court subsequently issued a scheduling order for the filing of post-trial motions.

       On November 17, 2016, the parties filed a stipulation to vacate and continue the post-trial motion schedule in this matter pending global settlement with Plaintiff in several other cases he has pending in this Court. The parties are currently in the process of scheduling a settlement conference with a Magistrate Judge in this Court for December 2016 or early January 2017, based on the Court's availability.

///

///

///

///

///

1

Good cause having been presented to the Court, it is HEREBY ORDERED that the parties' stipulation to vacate the October 4, 2016, post-trial motion schedule is APPROVED, the post-trial briefing deadlines are vacated, and the Court will set a new deadline after the settlement conference, if necessary. The parties shall file a status report of the settlement proceedings on February 1, 2017, unless settlement is reached prior to such date.

IT IS SO ORDERED.

Dated:   **November 17, 2016**

UNITED STATES MAGISTRATE JUDGE