UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS IV,<br><br>    Plaintiff,<br><br>    v.<br><br>ALEXANDER, et al.,<br><br>    Defendants. | Case No.: 1:05-cv-01625-SAB (PC)<br><br>ORDER AMENDING PORTION OF NOVEMBER 17, 2016, DIRECTING PARTIES TO FILE A STATUS REPORT BY FEBRUARY 1, 2017, AND RESETTING DEADLINE<br><br>[ECF No. 262] |

On November 17, 2016, the Court issued an order approving the parties' stipulation to vacate the post-trial schedule motion previously set by the Court, and directed the parties to file a status report of the settlement proceedings on February 1, 2017.

On December 5, 2016, the Court set the settlement conference for March 28, 2017; therefore, the deadline for the parties to file a status report regarding the settlement proceedings is extended and shall be filed on **March 30, 2017**.

IT IS SO ORDERED.

Dated: **December 6, 2016**

UNITED STATES MAGISTRATE JUDGE

1