UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS IV,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALEXANDER, et al.,<br><br>　　　　Defendants. | Case No.: 1:05-cv-01625-SAB (PC)<br><br>ORDER STRIKING WRIT OF HABEAS CORPUS AD TESTIFICANDUM ISSUED FEBRUARY 27, 2017<br><br>[ECF No. 266] |

　　　Plaintiff George Jacobs is appearing and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff is represented by Kenneth Lee and Christina Avedissian.

　　　On February 27, 2017, the Court issued a writ of habeas corpus ad testificandum.  The Court inadvertently listed the wrong name in the caption of the order.  Accordingly, the writ of habeas corpus ad testificandum issued February 27, 2017 is STRICKEN and will be reissued.

IT IS SO ORDERED.

Dated:  **February 28, 2017**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1