# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS IV,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALEXANDER, et al.,<br><br>　　　　Defendants. | Case No.: 1:05-cv-01625-SAB (PC)<br><br>ORDER GRANTING PARTIES' REQUEST TO FILE A JOINT STIPULATED MOTION TO SET ASIDE THE JURY VERDICT ON OR BEFORE APRIL 7, 2017<br><br>[ECF No. 271] |

A jury trial in this matter concluded on October 3, 2016, and the Court subsequently issued a scheduling order for the filing of post-trial motions.

On March 30, 2017, the parties filed a joint status report indicating that an agreement was reached at the March 28, 2017 settlement conference that calls for the complete resolution of this case. The parties also agreed to move the Court to set aside the October 3, 2016 jury verdict.

Good cause having been presented, the parties are granted to and including April 7, 2017, to file a joint stipulated motion to set aside the jury verdict.

IT IS SO ORDERED.

Dated: __March 31, 2017__　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1