UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| GEORGE E. JACOBS, IV,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>W.J. SULLIVAN, et al.,<br><br>　　　　　　　　　　Defendants. | No. 1:05-cv-1625 SAB-PC<br><br>ORDER VACATING JUNE 13, 2017 ORDER AND DIRECTING THE CLERK OF THE COURT TO TERMINATE DEFENDANTS ADAMS AND ALEXANDER AS PARTIES IN THIS ACTION PURSUANT TO FED. R. CIV. P. 41(a)<br><br>(ECF Nos. 276, 277) |

On June 13, 2017, Defendant filed a stipulation dismissing Defendants Adams and Alexander with prejudice with each party to bear its own costs and fees. The Court inadvertently issued an order closing this action. Since the action remains active as to other defendants, the June 13, 2017 order closing this action shall be vacated.

Rule 41(a) of the Federal Rules of Civil Procedure allows a party to dismiss some or all of the defendants or claims in an action through a Rule 41(a) notice. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). In light of the stipulation of the parties, Defendants Adams and Alexander, shall be terminated in this action, with each party to bear its own costs, expenses, and attorney fees as they relate to the subject matter of the stipulation.

IT IS SO ORDERED.

Dated: **June 14, 2017**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1