# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE E. JACOBS IV,<br><br>   Plaintiff,<br><br>  v.<br><br>ALEXANDER, et al.,<br><br>   Defendants. | Case No.: 1:05-cv-01625-SAB (PC)<br><br>ORDER GRANTING PARTIES' REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS<br><br>[ECF No. 279] |

On May 15, 2017, the Court granted the parties' joint motion to vacate the jury verdict in this case and granted the parties thirty days to file dispositional documents.

On June 15, 2017, the parties filed a stipulation to extend the time to file dispositional documents in this case.

Good cause having been presented, it is HEREBY ORDERED that the parties shall file the dispositional documents within fourteen (14) days from the date of this order.

IT IS SO ORDERED.

Dated: **June 16, 2017**

              UNITED STATES MAGISTRATE JUDGE

1